

Kelly E. Farnan
302-651-7705
Farnan@rlf.com

December 6, 2017

**BY CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

  Re: *MorphoSys AG v. Janssen Biotech, Inc.*,
     C.A. No. 16-221-LPS-CJB

Dear Chief Judge Stark:

  I write on behalf of Plaintiff MorphoSys AG ("MorphoSys") pursuant to District of Delaware Local Rule 7.1.4 to request oral argument on Defendant's Motion for Bifurcation of Willfulness or Stay of the Privilege Discovery Order (D.I. 228). Briefing was completed on December 4, 2017. If the Court is inclined to hear argument, we would request a date at the Court's earliest opportunity given that Defendants refuse to fully comply with the Order while the motion is pending.

  We appreciate the Court's consideration of this request.

              Respectfully,

              */s/ Kelly E. Farnan*

KEF/lll            Kelly E. Farnan (#4395)

cc: Counsel of Record (via CM/ECF)