IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MORPHOSYS AG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-221-LPS-CJB |
| | ) | |
| JANSSEN BIOTECH, INC., | ) | |
| GENMAB US, INC. and GENMAB A/S, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule 45, Plaintiff MorphoSys AG will serve the attached subpoenas (Exhibits 1 and 2) on Celgene Corporation ("Celgene").

|  |  |
|---|---|
|  | */s/ Kelly E. Farnan* |
|  | Kelly E. Farnan (#4395) |
| OF COUNSEL: | Christine D. Haynes (#4697) |
|  | Richards, Layton & Finger, P.A. |
| James F. Hurst | One Rodney Square |
| Kirkland & Ellis LLP | 920 N. King Street |
| 300 North LaSalle | Wilmington, Delaware 19801 |
| Chicago, Illinois 60654 | 302-651-7700 |
|  | Farnan@rlf.com |
|  | Haynes@rlf.com |
| Patricia A. Carson |  |
| Christopher T. Jagoe | *Attorneys for Plaintiff* |
| Aaron D. Resetarits |  |
| Kirkland & Ellis LLP |  |
| 601 Lexington Avenue |  |
| New York, NY 10022 |  |

Dated: January 30, 2018