

Kelly E. Farnan
302-651-7705
Farnan@rlf.com

February 14, 2018

**BY CM/ECF AND HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 26, Room 6124
Wilmington, Delaware 19801-3556

    Re: *MorphoSys AG v. Janssen Biotech, Inc., et al.*, C.A. No. 16-221-LPS-CJB

Dear Chief Judge Stark:

    In accordance with the Court's instructions at the January 23, 2018 hearing, attached as Exhibit A is the Federal Circuit's opinion in *In re: Alcon Laboratories, Inc.*, No. 2018-115, denying Alcon's petition for a writ of mandamus.

    We will work with Defendants to prepare a joint status report for the Court's consideration within 3 business days as ordered by the Court. If Your Honor requires anything further at this time, counsel remains available at the Court's convenience.

    Respectfully,

    */s/ Kelly E. Farnan*

    Kelly E. Farnan (#4395)

cc: Counsel of Record (via CM/ECF)